JS-6

Robert C. Weiss (State Bar No. 39,929)
rcweiss@jonesday.com
Charles A. Kertell (State Bar No. 181,214)
cakertell@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Fred Kratka
mail@glassactstudio.com
IMAGINATION TIMES TWO, INC. dba GLASS ACT STUDIO
675 N.W. 4th Avenue
Ft. Lauderdale, FL 33311
Telephone:  (954) 486-5555
Facsimile:   (954) 486-3300

President of Defendant
IMAGINATION TIMES TWO, INC. dba GLASS ACT STUDIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IMAGINATION TIMES TWO, INC. dba GLASS ACT STUDIO and DOES 1-10,<br><br>Defendants. | Case No. CV 09-1409 R (JWJx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. Manuel L. Real<br><br>JS-6 |

LAI-3016727v1

WHEREAS, plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendant Imagination Times Two, Inc. dba Glass Act Studio ("Glass Act") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1.     This is an action for: (1) patent infringement under the patent laws of the United States, 35 U.S.C. §271, et seq.; (2) federal trademark infringement, federal false designation of origin, and federal trademark dilution under the Trademark (Lanham) Act of 1946, as amended, 15 U.S.C. §1051, et seq.; (3) trademark infringement under California Civil Code §3294; (4) statutory unfair competition under California Business and Professions Code §17200, et seq.; (5) trademark dilution under California Business and Professions Code §14247; (6) common law trademark infringement; and (7) common law unfair competition.

2.     This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331, 1338(a), 1338(b), and 1367(a), as well as 15 U.S.C. §1121(a).  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1391(c), as well as 28 U.S.C. §1400(b).

3.     Mag Instrument is a corporation incorporated under the laws of the State of California and has its principal place of business at 2001 South Hellman Avenue, Ontario, California 91761.

4.     Glass Act is a corporation incorporated under the laws of the State of Florida and has its principal place of business at 675 N.W. 4th Avenue, Ft. Lauderdale, Florida 33311.

5.     Glass Act has manufactured, used, marketed, distributed, advertised, promoted, imported, offered for sale, and/or sold, commercially in interstate commerce a certain flashlight, which is shown in **Exhibit 1** (the "Pretty Tools

flashlight").  The Pretty Tools flashlight was neither manufactured nor authorized by Mag Instrument.

6. Mag Instrument is, by assignment, the owner of all right, title, and interest in United States Patent No. D530,439 ("the '439 patent").  A copy of the '439 patent is attached hereto as **Exhibit 2**.

7. The '439 patent, issued on October 17, 2006, is valid and enforceable and has been infringed by Glass Act's manufacture, use, importation, offer for sale, and/or sale of the Pretty Tools flashlight.

8. Glass Act will not directly or indirectly aid, assign, or participate in any action contesting the validity and/or enforceability of the '439 patent.

9. For many years, and prior to the acts of Glass Act discussed herein, Mag Instrument has continuously manufactured, advertised, assembled, marketed, sold, and distributed, in interstate commerce, flashlights under the distinctive trademark MINI MAGLITE®.  These flashlights are also characterized by their distinctive shape, style, and overall appearance ("SSOA"), which is a registered trademark of Mag Instrument.  A digital photograph of a MINI MAGLITE® flashlight is attached hereto as **Exhibit 3**.

10. The SSOA of the MINI MAGLITE® flashlight is non-functional and has acquired secondary meaning in that it has come to be associated by the trade and consuming public exclusively with Mag Instrument and, as a result, has come to signify Mag Instrument as the source of flashlights bearing the same or similar characteristics.

11. Mag Instrument has obtained, and is the owner of, a federal registration on the SSOA of the MINI MAGLITE® flashlight (the "SSOA Trademark"), which is valid and enforceable throughout the United States.  A copy of the SSOA Trademark (United States Trademark Registration No. 2,074,795) is attached hereto as **Exhibit 4**.  This registration remains in full force and effect and is incontestable.

12. The Pretty Tools flashlight has a shape, style, and overall appearance that is the same as, or confusingly similar to, the SSOA Trademark.

13. Glass Act's manufacture, use, marketing, distribution, advertisement, promotion, importation, offer for sale, and/or sale of the Pretty Tools flashlight is likely to cause, and has caused, confusion, mistake, and deception among the consuming public in that its shape, style, and overall appearance colorably imitates Mag Instrument's SSOA Trademark.

14. Glass Act's use of the SSOA Trademark constitutes trademark infringement of Mag Instrument's federally registered SSOA Trademark in violation of the Lanham Act, 15 U.S.C. §1051, et seq., to the substantial and irreparable injury of the public and of Mag Instrument's business reputation and goodwill.

15. By manufacturing, using, marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling the Pretty Tools flashlight, Glass Act has infringed on Mag Instrument's federal and common law trademark rights in the SSOA Trademark in violation of Section 43(a) of the Landham Act, 15 U.S.C. §1125(a), as such acts are likely to deceive, and have deceived, customers and prospective customers into believing that Glass Act's flashlight is from, sponsored by, or affiliated with Mag Instrument.

16. The SSOA Trademark is a distinctive and famous mark.

17. Glass Act began manufacturing, using, marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling the Pretty Tools flashlight subsequent to Mag Instrument's SSOA Trademark becoming distinctive and famous.

18. Glass Act's commercial use in commerce of the SSOA Trademark in connection with flashlights has caused the dilution of the distinctive quality of the SSOA Trademark in violation of 15 U.S.C. §1125(c) and California Business and Professions Code §14247.

1      19.   Glass Act's manufacture, use, marketing, distribution, advertisement, promotion, importation, offer for sale, and/or sale of flashlights with the SSOA Trademark constitutes statutory unfair competition in violation of California Business & Professions Code §17200, et seq., common law trademark infringement, and common law unfair competition.

       20.   Glass Act, its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities:

           (a)   manufacturing, using, marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling the Pretty Tools flashlight;

           (b)   manufacturing, using, importing, offering for sale, and/or selling any flashlight that infringes the '439 patent;

           (c)   inducing or enabling each other or others to manufacture, use, import, offer for sale, and/or sell any flashlight that infringes the '439 patent;

           (d)   manufacturing, using, marketing, distributing, advertising, promoting, importing, offering for sale, and/or selling any flashlight that infringes the SSOA Trademark;

           (e)   using Mag Instrument's SSOA Trademark, or any other mark, design, reproduction, copy, or symbol that is a colorable imitation thereof, or confusingly similar thereto, in connection with the manufacturing, use, marketing, distribution, advertisement, promotion, importation, offer for sale, and/or sale of flashlights or any goods or services not originating from or authorized by Mag Instrument;

           (f)   using Mag Instrument's SSOA Trademark, or any other mark, design, reproduction, copy, or symbol that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

LAI-3016727v1

    (g) representing in any manner, or by any method whatsoever, that goods, services, or other products provided by Glass Act are sponsored, approved, authorized by, or originate from Mag Instrument or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such goods or services;

    (h) committing any acts calculated or likely to cause consumers to believe that Glass Act's products are Mag Instrument's products or are authorized Mag Instrument products unless they are such;

    (i) infringing or diluting the distinctive quality of the SSOA Trademark; and

    (j) unfairly competing with Mag Instrument in any manner.

 21. Service by mail upon Glass Act, addressed to Terri Kratka, Vice President, Imagination Times Two, Inc., 675 N.W. 4th Avenue, Ft. Lauderdale, Florida 33311, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65.  It shall not be necessary for Glass Act to sign any form of acknowledgement of service.

 22. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated:  June 19, 2009

By: _____
   Hon. Manuel L. Real
   United States District Court Judge

LAI-3016727v1

Approved as to form and content:

Dated: June 16, 2009        JONES DAY

By: *[signature]*
Charles A. Kertell

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Dated: June 8, 2009         IMAGINATION TIMES TWO, INC. dba
                            GLASS ACT STUDIO

By: *[signature]*
Fred Kratka

President of Defendant
IMAGINATION TIMES TWO, INC. dba
GLASS ACT STUDIO

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,173,650 A | 9/1939 | Fullmer | 240/10.66 |
| 2,176,301 A | 10/1939 | Haas | 240/10.66 |
| 2,180,228 A | 11/1939 | Floorman | 240/10.68 |
| 2,210,312 A | 8/1940 | Wood | 240/10.6 |
| 2,212,103 A | 8/1940 | Rothenberg et al. | 240/10.69 |
| 2,229,486 A | 1/1941 | Barash et al. | 240/10.66 |
| 2,249,691 A | 7/1941 | Gelardin | 240/10.66 |
| 2,259,106 A | 10/1941 | Hagers | 200/60 |
| 2,272,907 A | 2/1942 | Deibeles | 240/10.61 |
| 2,298,042 A | 10/1942 | Desimone | 240/10.66 |
| 2,338,078 A | 12/1943 | Wood | 240/10.66 |
| 2,339,356 A | 1/1944 | Sachse | 240/10.66 |
| 2,341,057 A | 2/1944 | Muldoon | 240/10.66 |
| 2,347,531 A | 4/1944 | Yardeny | 200/60 |
| D142,277 S | 8/1945 | Lippincott | D48/24 |
| 2,396,046 A | 3/1946 | Hipwell et al. | 240/10.66 |
| 2,443,539 A | 6/1948 | Kopp | 200/60 |
| 2,483,665 A | 10/1949 | Phillips | 240/10.63 |
| 2,490,830 A | 12/1949 | Norton | 240/10.63 |
| 2,493,205 A | 1/1950 | Muldoon | 240/10.67 |
| 2,530,913 A | 11/1950 | Shackel | 240/10.6 |
| 2,540,683 A | 2/1951 | MacLeanz | 200/60 |
| 2,570,838 A | 10/1951 | Nathan et al. | 240/10.68 |
| 2,599,295 A | 6/1952 | Thomas | 200/60 |
| D169,981 S | 7/1953 | Lambert | D48/24 |
| 2,737,574 A | 3/1956 | Muller | 240/6.4 |
| 2,769,896 A | 11/1956 | Lambert | 240/10.6 |
| 2,830,280 A | 4/1958 | Webber | 339/191 |
| 2,852,634 A | 9/1958 | Garland | 200/60 |
| 2,876,410 A | 3/1959 | Fry | 320/48 |
| 2,915,621 A | 12/1959 | Garland | 240/10.66 |
| 2,931,005 A | 3/1960 | Saurwein et al. | 339/182 |
| 2,945,944 A | 7/1960 | Gillespie | 240/10.68 |
| 3,264,464 A | 8/1961 | Gits | 240/10.67 |
| 3,014,125 A | 12/1961 | Draudt | 240/10.68 |
| 3,076,689 A | 2/1963 | Taylor | 8/119 |
| 3,076,891 A | 2/1963 | Moore | 240/10.66 |
| 3,078,761 A | 2/1963 | Zorn | 38/24 |
| D197,082 S | 12/1963 | Oakley et al. | D48/24 |
| 3,184,589 A | 5/1965 | Gibbens | 240/10.67 |
| 3,323,118 A | 5/1967 | Chan | 340/321 |
| D208,940 S | 10/1967 | Moore | D48/24 |
| 3,521,050 A | 7/1970 | Shagena, Jr. | 240/10.6 |
| 3,526,765 A | 9/1970 | Rossi | 240/10.6 |
| 3,622,776 A | 11/1971 | Wyrick | 240/10.6 |
| 3,652,846 A | 3/1972 | Starck, II | 240/10.63 |
| 3,737,649 A | 6/1973 | Nelson et al. | 240/6.42 |
| D231,560 S | 4/1974 | Keller | D26/2 |
| 3,825,740 A | 7/1974 | Friedman et al. | 240/10.6 |
| 3,829,676 A | 8/1974 | Nelson et al. | 240/10.6 |
| 3,835,272 A | 9/1974 | Wisenbaker | 200/60 |
| 3,890,498 A | 6/1975 | Toth, Sr. | 240/10.66 |
| 3,924,116 A | 12/1975 | Brindley | 240/10.6 |
| RE29,047 E | 11/1976 | Brindley | 240/10.66 |
| D242,277 S | 11/1976 | Waldorf | D22/26 |
| 3,992,596 A | 11/1976 | Miller | 200/60 |
| 4,060,723 A | 11/1977 | Nelson | 362/205 |
| 4,092,580 A | 5/1978 | Prinsze | 320/2 |
| 4,114,187 A | 9/1978 | Uke | 362/158 |
| 4,151,583 A | 4/1979 | Miller | 362/205 |
| 4,156,271 A | 5/1979 | Vercellotti | 362/202 |
| 4,171,534 A | 10/1979 | Strowe | 362/183 |
| 4,187,532 A | 2/1980 | Naffier | 362/186 |
| 4,203,150 A | 5/1980 | Shamlian | 362/183 |
| 4,220,985 A | 9/1980 | Hukuba | 362/203 |
| 4,234,913 A | 11/1980 | Ramme | 362/158 |
| 4,237,526 A | 12/1980 | Wood | 362/158 |
| 4,261,026 A | 4/1981 | Bolha | 362/101 |
| 4,286,311 A | 8/1981 | Maglica | 362/205 |
| D263,170 S | 2/1982 | Maglica | D26/49 |
| 4,322,782 A | 3/1982 | Wong | 362/183 |
| 4,327,401 A | 4/1982 | Silberg | 362/183 |
| 4,329,740 A | 5/1982 | Colvin | 362/184 |
| 4,348,715 A | 9/1982 | Christensen et al. | 362/109 |
| 4,357,648 A | 11/1982 | Nelson | 362/183 |
| 4,388,673 A | 6/1983 | Maglica | 362/183 |
| 4,398,232 A | 8/1983 | Elmore | 361/47 |
| 4,398,238 A | 8/1983 | Nelson | 362/187 |
| 4,415,954 A | 11/1983 | Schaefer | 362/202 |
| 4,429,351 A | 1/1984 | Petzl et al. | 362/202 |
| 4,472,766 A | 9/1984 | Hung | 362/158 |
| 4,479,171 A | 10/1984 | Mains | 362/102 |
| 4,495,551 A | 1/1985 | Foltz | 362/205 |
| 4,504,890 A | 3/1985 | Chan | 362/203 |
| 4,514,790 A | 4/1985 | Will | 362/183 |
| 4,527,223 A | 7/1985 | Maglica | 362/187 |
| 4,531,178 A | 7/1985 | Uke | 362/158 |
| 4,577,263 A | 3/1986 | Maglica | 362/187 |
| 4,581,686 A | 4/1986 | Nelson | 362/204 |
| 4,656,565 A | 4/1987 | Maglica | 362/187 |
| 4,658,336 A | 4/1987 | Maglica | 362/197 |
| 4,695,551 A | 9/1987 | Samhaber et al. | 435/292 |
| 4,725,932 A | 2/1988 | Gammache | 362/202 |
| 4,733,337 A | 3/1988 | Bieberstein | 362/206 |
| 4,750,095 A | 6/1988 | Huang | 362/190 |
| D297,669 S | 9/1988 | Rinaldi et al. | D26/49 |
| 4,777,582 A | 10/1988 | Sharrah | 362/205 |
| D306,492 S | 3/1990 | Sharrah | D26/49 |
| D306,910 S | 3/1990 | Kung | D26/49 |
| D308,109 S | 5/1990 | Maglica et al. | D26/49 |
| D308,257 S | 5/1990 | Staubitz et al. | D26/49 |
| D308,258 S | 5/1990 | Kung-kit et al. | D26/49 |

OTHER PUBLICATIONS

P. 433 of Japanese Patent Gazette Apr. 1, 1981 (Taiwan)—Utility Model.
Kel–Lite Flashlight Advertising—Near Indestructible pages (Ex. DX 5010).
Kel–Lite Advertising (4 pages) (Ex. DX 5022).
Kel–Lite Advertising "The Original Flashlight Made To Last a Lifetime!", 1 pg. (Ex. DX 50??).
Kel–Lite article (1 pg.) from *The Wall Street Journal*, Thrusday, Jun. 2, 1977 (Ptf's Ex. 3051).
Eddie Bauer—"Indispensibles for Home, Sports and Travel"—3–page ad (Ex. DX 5014).
Eddie Bauer—"Indispensibles for Home, Sports and Travel"—2–page ad—w/note from Bud Folcke (Sue) to Don dated Aug. 6, 1974 (Ex. DX 5019).
—, Inc. "Outdoor Sportsmans Supplies", Summer 1979 "Over 300 Price Cuts" (2 pgs.) (Ex. DX 5508).
"Law and Order", vol. 30, No. 10, Oct. 1982 (3 pgs.—cover, editorial and p. 26) (Ex. DX 5505).
"Trooper™ Superlight" (1 pg. ad) (Ex. DX 5579).
"Lumilite®" 2–page ad. re flashlights (Ex. DX 5578).
"Krypton" 2–pg. ad re flashlights (Ex. DX 5577).
"Magna–Force", "Aluminum Extruded Handlights 70% Brighter!" ad (1 page) (Ex. DX 5254).
"First of its Kind! Streamlite–20." ad (2 pg.) (Ex. DX 5068).
"The Longer, Stronger Streamlite–35." (2 pg. ad) (Ex. DX 5070).
"Who says they're the best? You do!" (1 pg. ad) (Ex. DX 5069).
"The Power of Light", Streamlight, Inc., 11 pg. brochure (Ex. DX 5073).
Gem Products, a Division of Expert Precision Products, Inc., 4 pg. brochure, mraked Exhibit DX 5058.
"Luma–Tech" brochure, 11 pg. brochure (Ex. BRX 203).

EXHIBIT 2
PAGE 11

"Smoke–Cutter", "The Professional Fire–Fighter's Flashlight" brochure, 2 pg. (Ex. DX 5055).
F. Morton Pitt Co., brochure re "Code Four"™, 4 pages (Ex. DX 5053).
"Code Four", "No Further Assistance Needed", 2 page ad (Ex. DX 5054).
Police Equipment Division ad re Flashlights and Accessories, 2 pages, (Ex. BRX 202).
"Power Probe—Medical Flashlight" ad by Police Equipment Division (1978), 1 pg., (Ex. BRX 204).
"The Perfect Premium/Incentive" by Tru–Grit® Flashlights, 1 pg. (Ex. DX 5046).
"Yardney Presents 2 Bright Lights", Yardney Electric Corporation, 1 pg. (Ex. DX 5047).
B–Lite™, "America's finest Hand Held Flashlight"—"C" cell, 1 pg. price list and order form (Ex. DX 5043).
B–Lite™, "For Those Who Demand The Very Best!", 2 pg. ad, (Ex. DX 5042).
B–Lite, 2 pg. cut–away view and order form and price list (Ex. DX 5039).
Bianchi B–Lite "The World's Finest Handheld Spotlight", 3 pg. ad re Police Accessories (Ex. DX 5038).
Bianchi B–Lite, 3 pg. 1977 Catalog (Ex. DX 5040).
Bianchi B–Lite, 4 pg. 1978 listing (Ex. DX 5041).
B–Lite, The world standard by which all gunleather is judged™, 2 pg. ad (Ex. BRX 207).
Bianchi B–Lite, 1 pg. ad and price list (Ex. 6471).
Bianchi Super B–Lite, "New High Intensity Reflector!", 1 pg. ad (Ex. 6472).
B–Lite "All New Push–Button Switch!", 1 pg. ad (Ptf's Ex. 3045).
Bianchi Super B–Lite, New High Intensity Reflector ad marked Ptf's Exh. 3044.
Bianchi B–Lite, 1 pg. ad marked Ptf's Ex. 3043.
Safariland, 4 pg. brochure (Ex. DX 5015).
Safariland 76, 4 pg. brochure (Ex. Dx 5020).
Safariland 1977, 5 pg. brochure (Ex. DX 5017).
1978 Safariland brochure, 6 pgs. (Ex. DX 5018).
Safariland 1980 brochure, 8 pgs. (Ex. DX 5021).
Safariland Kel–lite: "The Last Flashlight You'll Ever Have To Buy", 3 pg. brochure (Ex. BRX 200).
Safariland Pursuit Case—Firepower, 2 pg. ad (Ptf's Ex. 3042).
Pro–Light brochure, Jabsco Products ITT (1978), 4 pg. brochure (Ex. DX 5026).
Pro–Light brochure, 6 pgs. (Ex. DX 5027).
Sireno Pro–Light, Professional Flashlights, 1 pg. ad by Jabsco Products ITT (1978) (Ex. DX 5028).
Greystone Marketing, 4 pg. Ordering Information and price list (Ex. DX 5029).
Pro–Light Distributer Price Schedule ' by Greystone Marketing, 4 pgs. (Ex. DX 5030).
Pro–Light™, Professional Flashlights, brochure "Introducing Pro–Loc Adjustable Beam Flashlights", by Greystone Marketing, Inc. (1982), 16 pgs. (Ex. DX 5031).
Pro–Light™, Professional Flashlights brochure, 8 pgs. (Ptf's Ex. 478–A).
Pro–Light brochure, by VSI Recreation Products, 2 pgs. (Ptf's Ex. CX–1312).
Rayovac Corporation, 4 pg. brochure re Police Flashlights, (Ex. BRX–342).
"Defensive Tactics Flashlights", official DTI Manual by John G. Peters, Jr., 31 pgs. (Ex. BRX 212).
Bass Pro Shops, Christmas 1983 catalog, 3 pgs., (Ex. BRX 210).
"The Law Officer's Magazine—Police", FBI, The Hoover Years, 2 pg. ad re Mag–Lite (Ex. BRX 302).
"The Law Officer's Magazine—Police", Mar.–Apr. 1978, vol. 2, No. 2, cover and 3 pgs. (Ptf's Ex. CX–1314).
"Lights", brochure by Justrite®, 5 pgs. (Ptf's Ex. CX–1310).
Sa–So Sargent–Sowell Inc. brochure, 7 pgs. (Ex. BRX 206).
"Home & Auto" ad (Nov. 1980), 3 pgs. (Ex BRX 216).
"Mag–Lite", "Standard Head "D" & "C" Size Commercial Specifications", 2 pg. marked Confidential—Counsel Eyes Only—(Ex BRX 119).
G.T. Price Products, Inc. "The Professional Line" catalog, 9 pgs. (Ptf's Ex. CX 1431).
National Law Enforcement Supply, "Off–Duty Gift Catalog", 5 pgs. (Ptf's Ex. CX 1313).
"Magnificent!", Mag Charger by Mag Instrument, 2 pg. ad May 1984 (Ex. BRX 213).
Mag Lite ad "They demand . . . the very best.", 1 pg. (Ex. BRX 291).
Mag–Lite™ ad, "Strength & Reliability", 1 pg. (Ex. BRX 202 (Depo. Ex. PX 82).
"The Last Flashlight You'll Ever Have to Buy" (Ptf's Ex. 3050).
The Sunday Oregonian, Dec. 1982 "From: GI Joe's", 1 pg. ad re Mag–Lite (Ptf's Ex. 3055).
Mag–Lite, 1 pg. ad by The 63rd CSGA Annual National Convention and Exhibition, Feb. 3–6, 1980 (Ex. BRX 219).
Mag Instrument ad, 1 pg. (Ex. BRX 211).
Mag–Lite add, 1 pg. by Nationwide Sports Distributor, (Ex. BRX 220).
"Mag–Lite™, The right light . . . for the job." 4 pg. brochure, (Ptf's Ex. 425).
"A precision tool . . . " by Mag–lite, 1 pg. (Ptf's Ex. 422–A).
"Pick up the lighters", by Mag Instrument, 1 pg. ad (Ptf's Ex. 422–B).
Mag–lite®, 1 pg. ad re C–Cell & D–Cell, (Ptf's Ex. 483).
View of flashlight, Ex. DX 5625.
View of flashlight, Ex. DX 5626.
View of flashlight Ex. DX 5628.
View of flashlight, Ex. DX 5629.
View of flashlight, Ex. DX 5640.
View of flashlight, Ex. DX 5641.
View of flashlight, Ex. DX 5462.
View of flashlight, Ex. DX 5643.
View of flashlight, (Ptf's Ex. 92).
View of flashlight, (Ptf's Ex. 93).
View of flashlight, (Ptf's Ex. 95).
View of flashlight, (Ptf's Ex. 96).
View of flashlight, (Ptf's Ex. 98).
View of flashlight, (Ptf's Ex. 100).
View of flashlight, (Ptf's Ex. 103).
View of flashlight, (Ptf's Ex. 104).
View of flashlight, (Ptf's Ex. 106).
View of flashlight, (Ptf's Ex. 108).
View of flashlight, (Ptf's Ex. 247).
View of flashlights, (6) (Ptf's Ex. 415).
View of flashlight, (Ptf's Ex. 699).
View of flashlight, (Ptf's Ex. 701).
View of flashlight, (Ptf's Ex. 702).
View of flashlight, (Ptf's Ex. 704).
View of flashlight, (Ptf's Ex. 709).
View of flashlight, (Ptf's Ex. 713).
View of flashlight, (Ptf's Ex. 714).

EXHIBIT 2
PAGE 12

View of flashlight, (Ptf's Ex. 724).
View of flashlight, (Ptf's Ex. 728).
View of flashlight, (Ptf's Ex. 748 or 743?) (has carrying strap).
View of flashlight, (Ptf's Ex. 740).
View of flashlight, (Ptf's Ex. 744).
View of flashlight, (Ptf's Ex. 747).
Eveready Masterlites, The Light of a New Age, 11 pg. catalog, marked Ex. DX 5326.
Eveready Daylo, Dealer's Edition Catalog No. 736, (1918), 8 pgs. (Ex. DX 5327).
"The History of Portable Light in America", 24 pg. by Eveready (Ex. DX 5325).
"Eveready Automatic Spotlights", 15 pg. brochure (Ex. DX 5324).
50-pg. booklet, 1st legible page reads "To the founders and past presidents of the Bridgeport Metal Goods Manufacturing Company . . . ", (Ex. No. not legible).
View of flashlight with Coca Cola can and ruler, marked "5001".
View of flashlight with Coca Cola can and ruler, marked "5002".
View of flashlight with Coca Cola can and ruler, marked "5003".
View of flashlight with Coca Cola can and ruler, marked "5004".
View of flashlight with Coca Cola can and ruler, marked "5005".
View of flashlight with Coca Cola can and ruler, marked "5006".
View of flashlight with Coca Cola can and ruler, marked "5007".
View of flashlight with Coca Cola can and ruler, marked "5008".
View of flashlight with Coca Cola can and ruler, marked "5009".
View of flashlight with Coca Cola can and ruler, marked "5023".
View of flashlight with Coca Cola can and ruler, marked "5024".
View of flashlight with Coca Cola can and ruler, marked "5025".
View of flashlight with Coca Cola can and ruler, marked "5032".
View of flashlight with Coca Cola can and ruler, marked "5033".
View of flashlight with Coca Cola can and ruler, marked "5034".
View of flashlight with Coca Cola can and ruler, marked "5035".
View of flashlight with Coca Cola can and ruler, marked "5036".
View of flashlight with Coca Cola can and ruler, marked "5045".
View of flashlight with Coca Cola can and ruler, marked "5048".
View of flashlight with Coca Cola can and ruler, marked "5049".
View of flashlight with Coca Cola can and ruler, marked "5050".
View of flashlight with Coca Cola can and ruler, marked "5051".
View of flashlight with Coca Cola can and ruler, marked "5052".
View of flashlight with Coca Cola can and ruler, marked "5056".
View of flashlight with Coca Cola can and ruler, marked "5057".
View of flashlight with Coca Cola can and ruler, marked "5060".
View of flashlight with Coca Cola can and ruler, marked "5061".
View of flashlight with Coca Cola can and ruler, marked "5062".
View of flashlight with Coca Cola can and ruler, marked "5063".
View of flashlight with Coca Cola can and ruler, marked "5064".
View of flashlight with Coca Cola can and ruler, marked "5065".
View of flashlight with Coca Cola can and ruler, marked "5067".
View of flashlight with Coca Cola can and ruler, marked "5074A".
View of flashlight with Coca Cola can and ruler, marked "5075A".
View of flashlight with Coca Cola can and ruler, marked "5076".
View of flashlight with Coca Cola can and ruler, marked "5078".
View of flashlight with Coca Cola can and ruler, marked "5079".
View of flashlight with Coca Cola can and ruler, marked "5080".
View of flashlight with Coca Cola can and ruler, marked "5081".
View of flashlight with Coca Cola can and ruler, marked "5082".
View of flashlight with Coca Cola can and ruler, marked "5083".
View of flashlight with Coca Cola can and ruler, marked "5084".
View of flashlight with Coca Cola can, "Maxlite 5-3-2" box and ruler, marked "5111".
View of flashlight with Coca Cola can and ruler, marked "5112".
View of flashlight with Coca Cola can and ruler, marked "5115".
View of flashlight with Coca Cola can and ruler, marked "5118".
View of flashlight with Coca Cola can and ruler, marked "5118A".
View of flashlight with Coca Cola can and ruler, marked "5126".
View of flashlight with Coca Cola can and ruler, marked "5127".
View of flashlight with Coca Cola can and ruler, marked "5129".
View of flashlight with Coca Cola can and ruler, marked "5130".
View of flashlight with Coca Cola can and ruler, marked "5131".
View of flashlight with Coca Cola can and ruler, marked "5132".
View of flashlight with Coca Cola can and ruler, marked "5133".
View of flashlight with Coca Cola can and ruler, marked "5137A".

EXHIBIT 2
PAGE 13

View of flashlight with Coca Cola can and ruler, marked "5145".
View of flashlight with Coca Cola can and ruler, marked "5147".
View of flashlight with Coca Cola can and ruler, marked "5149".
View of flashlight with Coca Cola can and ruler, marked "5154".
View of flashlight with Coca Cola can and ruler, marked "5279".
View of flashlight with Coca Cola can and ruler, marked "5300".
View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5301".
View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5302".
View of flashlight with Coca Cola can, "Rayovac Police Flashlight" box and ruler, marked "5303".
View of flashlight with Coca Cola can and ruler, marked "5304".
View of flashlight with Coca Cola can and ruler, marked "5305".
View of flashlight with Coca Cola can and ruler, marked "5306".
View of flashlight with Coca Cola can and ruler, marked "5307".
View of flashlight with Coca Cola can and ruler, marked "5308".
View of flashlight with Coca Cola can and ruler, marked "5309".
View of flashlight with Coca Cola can and ruler, marked "5310".
View of flashlight with Coca Cola can and ruler, marked "5311".
View of flashlight with Coca Cola can and ruler, marked "5312".
View of flashlight with Coca Cola can and ruler, marked "5313".
View of flashlight with Coca Cola can and ruler, marked "5314".
View of flashlight with Coca Cola can and ruler, marked "5315".
View of flashlight with Coca Cola can and ruler, marked "5315".
View of flashlight with Coca Cola can and ruler, marked "5317".
View of flashlight with Coca Cola can and ruler, marked "5318".
View of flashlight with Coca Cola can and ruler, marked "5319".
View of flashlight with Coca Cola can and ruler, marked "5320".
View of flashlight with Coca Cola can and ruler, marked "5321".
View of flashlight with Coca Cola can and ruler, marked "5322".
View of flashlight with Coca Cola can and ruler, marked "5841".
View of flashlight with Coca Cola can and ruler, marked "5845".
View of flashlight with Coca Cola can and ruler, marked "5846".
View of flashlight with Coca Cola can and ruler, marked "5971".
View of flashlight with Coca Cola can and ruler, marked "5972".
View of flashlight with Coca Cola can and ruler, marked "5973".
View of flashlight with Coca Cola can and ruler, marked "5974".
View of flashlight with Coca Cola can, "Bianchi" box and ruler, marked "6005A".
View of flashlight with Coca Cola can and ruler, marked "6005A".
View of flashlight with Coca Cola can and ruler, marked "6112".
View of flashlight with Coca Cola can and ruler, marked "6118".
View of flashlight with Coca Cola can and ruler, marked "6119".
View of flashlight with Coca Cola can and ruler, marked "6120".
View of flashlight with Coca Cola can and ruler, marked "6121".
View of flashlight with Coca Cola can and ruler, marked "6124".
View of flashlight with Coca Cola can, container, and ruler, marked "12A".
View of flashlight with Coca Cola can, "Little Commander Pocketlight" packaging and ruler, marked "468".
View of flashlight with Coca Cola can and ruler, marked "2577".
View of flashlight with Coca Cola can and ruler, marked "2578".
View of flashlight with Coca Cola can and ruler, marked "2579".
View of flashlight with Coca Cola can and ruler, marked "2580".
View of flashlight with Coca Cola can and ruler, marked "2581".
View of flashlight with Coca Cola can and ruler, marked "2582".
View of flashlight with Coca Cola can and ruler, marked "2584".
View of flashlight with Coca Cola can and ruler, marked "2570".
View of flashlight with Coca Cola can and ruler, marked "2571".
View of flashlight with Coca Cola can and ruler, marked "2572".
View of flashlight with Coca Cola can and ruler, marked "2574".
View of flashlight with Coca Cola can and ruler, marked "2677".
View of flashlight with Coca Cola can and ruler, marked "2742".
View of flashlight with Coca Cola can and ruler, marked "2749".
View of flashlight with Coca Cola can and ruler, marked "2753".
View of flashlight with Coca Cola can and ruler, marked "2755".
View of flashlight with Coca Cola can and ruler, marked "2874".
View of flashlight with Coca Cola can and ruler, marked "3717".
View of flashlight marked "2678".
View of flashlight marked "2679".

EXHIBIT 2
PAGE 14

View of flashlight, with two additionoal parts, marked "2580".
View of flashlight with ruler.
View of flashlight with Coca Cola can and ruler, marked "464 (CPX–55)".
View of flashlight with Coca Cola can and ruler, marked "CPX–422".
View of flashlight with Coca Cola can and ruler, marked "CPX–393".
View of flashlight with Coca Cola can and ruler, marked "CPX–385".
View of flashlight with Coca Cola can and ruler, marked "CPX–264".
View of flashlight with Coca Cola can and ruler, marked "349".
View of flashlight with Coca Cola can and ruler, marked "SL575".
View of flashlight with Coca Cola can and ruler, marked "SL351".
View of flashlight with Coca Cola can and ruler, marked "SL699".
View of flashlight with Coca Cola can and ruler, marked "SL102".
View of flashlight, marked Deposition Exhibit 45 (?).
Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Central Purchasing, Inc.*, No. 89–4668 ER (JRx), filed Apr. 1990.
Consent Judgment and Injunction in *Mag Instrument. Inc. v. Dayton Hudson Corporation*, No. 89–0529 ER (JRx), filed Feb. 1990.
Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Gila Products Limited*, No. 89–CV–7802, filed Nov. 1988.
Consent Judgment and Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4259–CV–C–9, filed Jun. 1989.
Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4260–CV–C–5, filed Jul. 1989.
Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20286 RPA, filed Aug. 1989.
Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20447 RFP, filed Aug. 1989.
Initial Determination, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.
Views of the Commission, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.
Decision in Mag v. The U.S. Int'l Trade Commission (Kassner Imports, Inc.; Brinkmann Corporation; Brinkmann International (Hong Kong), Ltd.; and J. Baxter Brinkmann International Corporation, Intervenors, — 88–1313 decided Feb. 15, 1989.

Notice of Issuance of General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Opinion; Findings of Fact and Conclusions of Law, in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.*— CV 86–802 FFF, filed Jan. 6, 1989.

Judgment in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.* — CV 86–802 FFF, filed Jan. 6, 1989.

Xscribe Computer–Aided Trasncription—George Price Testimony Nov. 4, 1988 "Price—Direct", pp. DA–77 through DA–81.

Xscribe Computer–Aided Trasncription—Gerald Ford Testimony Nov. 2, 1988, pp. 4, 23 & '24.

Injunction and Partial Consent Judgment re *Mag Instrument, Inc. v. K Mart Corporation*, No. 89–1203–ER (JRx), filed Aug. 31, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Longs Drug Stores Californai, Inc.*, No. C 619212, filed Jan. 22, 1990.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–411, filed Oct. 13, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–410, filed Oct. 13, 1989.

Injunction and Consent Judgment in *Mag Instrument, Inc. v. Sears, Roebuck & Company*, No. 89–0972 ER (JRx), filed Dec. 13, 1989.

Injunction and Consent Judgment, in *Mag Instrument, Inc., v. Sears, Roebuck and Co.*, No. 89–0972 ER (JRx), filed Jan. 17, 1990.

Consent Judgment and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. 85–6104 SVW(Kx), filed Jan. 16, 1986.

Final Judgment by Consent and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. CV–87–02530 ER (JRx), filed Sep. 10, 1990.

Weston, "Mini Flash Lite", advertisement received in U.S. Patent & Trademark Office, Jul. 11, 1949.

Brinkmann, Micro–Max 1 package Insert, Copyright 1987, (Photocopies of flashlight Included in Package and Pictures of Disassembled Flashlight Enclosed).

EXHIBIT 2
PAGE 15

**U.S. Patent**  Oct. 17, 2006  **US D530,439 S**



FIG. 1.



FIG. 2.



FIG. 3.

EXHIBIT 2
PAGE 16

# EXHIBIT 3



EXHIBIT 3
PAGE 17

# EXHIBIT 4

Int. Cl.: 11

Prior U.S. Cl.: 21

Reg. No. 2,074,795

**United States Patent and Trademark Office**  Registered July 1, 1997

## TRADEMARK
### PRINCIPAL REGISTER



MAG INSTRUMENT, INC. (CALIFORNIA CORPORATION)
1635 SOUTH SACRAMENTO AVENUE
ONTARIO, CA 91776

   FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL. 21).
   FIRST USE 1-0-1984; IN COMMERCE 1-0-1984.
   THE MARK IS THE SHAPE, STYLE AND OVERALL APPEARANCE OF THE FLASHLIGHT ITSELF WHICH IS CHARACTERIZED BY THE RATIO OF THE LENGTH OF THE HEAD TO THE OVERALL LENGTH OF THE FLASHLIGHT, THE RATIO OF THE OUTER DIAMETER OF THE HEAD TO THE OUTER DIAMETER OF THE BARREL, AND THE PROFILE OF THE TRANSITION FROM THE GREATEST OUTER DIAMETER OF THE HEAD TO THE OUTER DIAMETER OF THE BARREL.
   SEC. 2(F).

   SER. NO. 74-403,053, FILED 6-14-1993.

RANDY RICARDO, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 18